# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ROHAN CAMPBELL,

    Petitioner,

vs.                                              Case No. 4:12cv406-SPM/CAS

ERIC HOLDER, JR., et al.,

    Respondents.

_____/

## ORDER and REPORT AND RECOMMENDATION

Petitioner, proceeding pro se, initiated this case on August 14, 2012, by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, doc. 1. Petitioner alleged his custody is unlawful pursuant to the United States Constitution and Zadvydas v. Davis, 533 U.S. 678 (2001). Doc. 1 at 2. Service was directed, doc. 6, and Respondents filed a motion to dismiss the petition on October 17, 2012. Doc. 15. Respondents state that this case is moot because Petitioner was "released from the custody of Immigration and Customs Enforcement (ICE) on October 15, 2012." *Id.* at 1. Petitioner has been released from custody "pending removal from the United States." *Id.* at 2.

Accordingly, this § 2241 petition is moot because the relief requested by Petitioner, release from detention, has been provided. Petitioner shall have a fourteen day period to file an objection to this recommendation if he contends this case is not moot.

Accordingly, it is **ORDERED** that the Clerk of Court shall send a copy of this report and recommendation to Petitioner at his address of record and to the address provided by Respondents in the certificate of service, doc. 15 at 4.

**RECOMMENDATION**

In light of the assertion by Respondents, it is respectfully **RECOMMENDED** that the motion to dismiss, doc. 15, be **GRANTED**, and the § 2241 petition filed by **ROHAN CAMPBELL** be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on October 19, 2012.

 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**