IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROHAN CAMPBELL.

    Petitioner,

v.                                             CASE NO. 4:12cv406-SPM/CAS

ERIC H. HOLDER, et al.,

    Respondents.

_____/

## **ORDER**

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated October 19, 2012 (doc. 16).  A copy was sent to Petitioner at the Wakulla Detention Center but it was returned with a notation that Petitioner was no longer there.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.  Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 16) is ADOPTED and incorporated by reference in this order.

    2.    The motion to dismiss (doc. 15) is granted.

    3.    The 2241 petition for writ of habeas corpus is dismissed as moot

because Petitioner has already been released from detention, the relief requested in the petition.

DONE AND ORDERED this 5th day of November, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge